IDA CHERSONSKY, an Infant, etc., v. HYMAN I. PERSH.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on

appeal and appellant's points to be filed on or before January 14, 1930, with notice of argument for February 4, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.